IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
|    Plaintiff, | ) |
| v. | ) No. 2:24-cv-02249-SHL-tmp |
| NEW-TECH PACKAGING, | ) |
|    Garnishee, | ) |
| and | ) |
| MICHAEL JOHNSON, | ) |
|    Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff United States' Application for Writ of Garnishment (ECF No. 1), filed April 18, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Plaintiff's Motion and Terminating Garnishment (ECF No. 18), entered October 23, 2025, and under 28 U.S.C. § 3205(c)(10)(C), all claims of garnishment as to Johnson are **DISMISSED without prejudice.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 23, 2025
Date